# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
Javier Card,                                                : No. 1:17-cv-00221 (FB)
                                                            :
                    Petitioner,                             : **WAIVER OF APPEAL**
                                                            :
            vs.                                             :
                                                            :
Thomas Griffin, Superintendent Green Haven                  :
Correctional Facility,                                      :
                    Respondent.                             :
                                                            :
------------------------------------------------------------X

  I hereby waive my rights regarding taking an appeal from the Consent Order of Judge Frederic Block, dated _____, 2019, in this case. I further hereby waive my right to challenge my September 5, 1995 judgment of conviction under Kings County Indictment Number 5797/91 and the sentence imposed thereupon as reduced by the Court's Consent Order, dated _____, 2019, in any proceeding in state or federal court, or in any administrative proceeding except as provided in paragraph 7 of the Consent Order.  I execute this waiver after being advised by the Court and my attorney of the nature of the rights that I am giving up.  I am waiving all of these rights knowingly, voluntarily, and of my own free will.

                   _____
                       Javier Card

  I represent that, prior to the signing of the foregoing waiver, Petitioner Javier Card was fully advised of the rights of a person regarding taking an appeal from a final order in a *habeas corpus* proceeding.

I further represent that, in my professional opinion, the above waiver by Petitioner Javier Card was knowingly and voluntarily made. I recommend to the Court that the waiver be approved.

_____  
Daniel R. Perez  
*Counsel for Petitioner Javier Card*

Having examined Petitioner Javier Card on the record in open court, it is the Court's opinion that Petitioner's waiver of the right to appeal and of the right to challenge his conviction and sentence (as reduced by the Consent Order) in any proceeding in state or federal court, or in any administrative proceeding (except as provided in paragraph 7 of the Consent Order), has been made knowingly and voluntarily. The waiver is approved.

_____  
FREDERIC BLOCK  
Senior United States District Judge  
United States District Court,  
Eastern District of New York